_____
Honorable Gregg W. Zive
United States Bankruptcy Judge



Entered on Docket
July 02, 2015

LAW OFFICES OF AMY N. TIRRE,
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone: (775) 828-0909
Facsimile: (775) 828-0914
E-mail:  amy@amytirrelaw.com

Counsel for GSR Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BK-N-15-50211-GWZ |
| EMPIRE RANCH GOLF COURSE, LLC, | Chapter 11 |
| Debtor. | **ORDER REGARDING GSR INVESTMENTS, LLC'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. 1112(b) OR MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1) and (2)** |
| | Hearing Date: June 23, 2015<br>Hearing Time: 2:00 p.m.<br>Est. Hearing:   15 minutes |

Secured creditor GSR Investments, LLC, ("GSR"), by and through counsel, Law Offices of Amy N. Tirre, A Professional Corporation, having filed its *Motion to Dismiss Pursuant to 11 U.S.C. 1112(B) or in the Alternative, Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and or (d)(2)* (Docket No. 21); the Motion and hearing having been properly noticed; GSR, appearing through its counsel, Amy N. Tirre, Esq., Debtor appearing through its counsel Kevin A. Darby, Esq., the Court having considered the pleadings and papers on file herein and the

1

arguments of counsel and having stated its findings of fact and conclusions of law on the record in open court pursuant to Federal Rule of Civil Procedure 52, made applicable by Federal Rule of Bankruptcy Procedure 7052 and good cause appearing,

IT IS HEREBY ORDERED that:

1. Debtor shall pay the outstanding post-petition real property taxes due to Carson City, including all penalties and interest, no later than 3 p.m. on June 24, 2015 and in the event that Debtor fails to do so, the automatic stay provided in 11 U.S.C. §362(a) is terminated so that GSR may proceed with its state law remedies, including, but not limited to, foreclosure against the real property identified as 1875 Fair Way, Carson City, Nevada APN 010-581-15 ("the Property"), which is operated as the Empire Ranch Golf Course.

2. Debtor shall timely pay all post-petition property tax installments as they come due to Carson City and if Debtor fails to do so, the automatic stay provided in 11 U.S.C. §362(a) is terminated so that GSR may proceed with its state law remedies, including, but not limited to, foreclosure against the Property.

3. Debtor shall maintain all insurance coverage, including the hazard insurance for the Property, by timely paying the premiums due and if Debtor fails to do so, then the automatic stay provided in 11 U.S.C. §362(a) is terminated so that GSR may proceed with its state law remedies, including, but not limited to, foreclosure against the Property.

4. Debtor shall file either a motion to sell the Property under Section 363 or a disclosure statement under Section 1125 no later than August 7, 2015 and if Debtor fails to do so, then the case shall be dismissed.

5. The 14-day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is waived and this order is effective as of June 23, 2015.

LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

Submitted by:

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation

BY: /s/ Amy N. Tirre
    Amy N. Tirre, Esq.

Counsel for GSR Investments, LLC

APPROVED/~~DISAPPROVED~~

DARBY LAW PRACTICE

BY: /s/Kevin A. Darby
    Kevin A. Darby, Esq.

Counsel for Debtor Empire Ranch Golf Course, LLC

3

## **ALTERNATIVE METHOD RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐   The Court has waived the requirement set forth in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

KEVIN A. DARBY, ESQ.

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

###